# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 188TH DISTRICT COURT OF GREGG COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 7th day of January, 2015, the cause upon appeal to revise or reverse your judgment between

**VALERUS COMPRESSION SERVICES, A TEXAS LIMITED PARTNERSHIP AND VALERUS COMPRESSION SERVICES MANAGEMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY, GENERAL PARTNER,**
Appellants/Cross-Appellees,

**NO. 12-13-00393-CV; Trial Court No. 2012-1791-A**

Opinion by Brian Hoyle, Justice.

**GREGG COUNTY APPRAISAL DISTRICT,**
**Appellee/Cross-Appellant**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment of the court below.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the trial court is **affirmed** to the extent it orders that the taxable situs for the equipment at issue is in Gregg County, Texas.

It is further ORDERED, ADJUDGED, and DECREED that the judgment of the trial court is **reversed** to the extent it orders that Sections 23.1241 and 23.1242 of the Texas Tax Code are applicable to the equipment at issue and this cause is **remanded** to the trial court for further proceedings.

It is further ORDERED that all costs of this appeal are hereby adjudged against **VALERUS COMPRESSION SERVICES, A TEXAS LIMITED PARTNERSHIP and VALERUS COMPRESSION SERVICES MANAGEMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY, GENERAL PARTNER**, for which let execution issue; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 4th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk